# IN THE UNITED STATES BANKRUPTCY COURT FOR SOUTHERN DISTRICT OF MISSISSIPPI

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor(s) Name: | FELICIA DIKEYA JONES NAYLOR and JOEY JAY NAYLOR |
| Case Number: | 24-01004 |
| Court Claim Number: | 10 |
| Date Claim Filed: | 06/27/2024 |
| Creditor Name and Address: | Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083-0788 |
| Total Amount of Claim Filed: | 2,884.99 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by: /s/ Cody Baker            Dated: 6/10/2025

Authorized agent for Creditor

Print Name: Cody Baker

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing withdrawal of claim document was served via the Bankruptcy Court's electronic filing and notice system or when applicable, by first class mail, postage prepaid, on or about the time the withdrawal of claim was filed, to all parties below in the above captioned bankruptcy case.

Trustee:
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011

Debtor/Attorney for Debtor:
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

By: /s/ Cody Baker
Cody Baker
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100