# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Felicia Dikeya Jones Naylor                           CASE NO. 24-01004-JAW
        Joey Jay Naylor, Debtors                                              CHAPTER 13

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Counsel has been notified of the death during the pendency of this action of Joey Jay Naylor ("Co-Debtor") by Felicia Dikeya Jones Naylor, Debtor, as confirmed by the obituary of Joey Jay Naylor found at https://www.robertbarhamffh.com/obituary/joey-naylor.

                Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr. (MSBN 103469)
       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533