## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Felicia Dikeya Jones Naylor                                Case No. 24-01004-JAW
             Joey Jay Naylor, Debtors                                          CHAPTER 13

## MOTION TO DISMISS

COME NOW, Debtor, Felicia Jones Naylor, through counsel and respectfully moves this Court to enter an Order dismissing this instant case, and in support thereof, would show this Court as follows:

1. On or about 04/29/2024, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. Debtor filed a Suggestion of Death noticing the death of Co-Debtor Joey Jay Naylor (Dk# 67).

3. Debtor no longer wishes to pursue the instant cause, and further pray that this Court allow the voluntary dismissal.

WHEREFORE, Debtor prays that this Court consider this Motion to be well taken, and further, issue an Order dismissing the matter. Debtor further prays for any additional relief, general or specific, to which she may be entitled.

                                                            Respectfully Submitted

                                                            /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Dismiss was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.