_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING
   FELICIA DIKEYA JONES NAYLOR                  24-01004 KMS
   JOEY JAY NAYLOR
   815 64TH AVENUE                               SSN:  XXX-XX-6962
   MERIDIAN, MS  39307

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   CONDUENT
   attn: Payroll
   1702 N COLLINS BLVD STE 280
   RICHARDSON, TX  75080-3790

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net