United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01004-KMS
Felicia Dikeya Jones Naylor  Chapter 13
Joey Jay Naylor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 4
Date Rcvd: Jun 30, 2025     Form ID: ntcds13v     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Felicia Dikeya Jones Naylor, Joey Jay Naylor, 815 64th Ave, Meridian, MS 39307-5718 |
| cr | + | Solano County DA, 435 Executive Court N, Fairfield, CA 94534-4019 |
| 5366658 | + | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5366664 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5378308 | #+ | Eric C Miller, LOGS Legal Group, LLP, For Wells Fargo Bank, N.A., 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 5366668 | + | Fresenius Kidney Care, P.O. Box 919214, Dallas, TX 75391-9214 |
| 5366676 | + | Open Sky, P.O. Box 183258, Columbus, OH 43218-3258 |
| 5366680 | + | Solano County D A, 435 Executive Court N, Fairfield, CA 94534-4019 |
| 5440005 | + | Solano County DA, 435 Executive Court N, Fairfiled CA 94534-4019 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5366652 | + | Email/Text: bankruptcy@1ffc.com | Jun 30 2025 19:45:00 | 1st Franklin Financial, Attn: Bankruptcy, 4820 Poplar Springs Dr, Ste C, Meridian, MS 39305-2678 |
| 5373370 | + | Email/Text: bankruptcy@1ffc.com | Jun 30 2025 19:45:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5366682 | | Email/Text: admin@rosebudlending.com | Jun 30 2025 19:45:00 | Three Sticks Lending, P.O. Box 1145, Mission, SD 57555 |
| 5366653 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 30 2025 19:45:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5366654 | + | Email/Text: dhrcscbu@dhr.alabama.gov | Jun 30 2025 19:45:00 | Alabama Child Support, P.O. Box 244015, Montgomery, AL 36124-4015 |
| 5391351 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:45:49 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5366657 | + | Email/Text: bankruptcy@brinkshome.com | Jun 30 2025 19:45:00 | Brinks Home Security, Attn: Bankruptcy, 1990 Wittington Pl, Dallas, TX 75234-1904 |
| 5366660 | | Email/Text: cfcbackoffice@contfinco.com | Jun 30 2025 19:45:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5366659 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Jun 30 2025 19:45:00 | Coastal Community Bank, Attn: Bankruptcy, Po Box 12220, Everett, WA 98206-2220 |
| 5366661 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2025 19:45:48 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: ntcds13v | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 5366670 | | EDI: IRS.COM | Jun 30 2025 23:40:00 | Department of Treasury- Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5366662 | | Email/Text: cxs-doc-access@earnin.com | Jun 30 2025 19:45:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5385991 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jun 30 2025 19:45:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 5366663 | ^ | MEBN | Jun 30 2025 19:41:08 | Eastern Account Sys, Attn: Bankruptcy, 111 Park Ridge Rd, Brookfield, CT 06804-3981 |
| 5366665 | + | EDI: BLUESTEM | Jun 30 2025 23:40:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5366666 | + | Email/Text: bankruptcy@1ffc.com | Jun 30 2025 19:45:00 | First Franklin, 4820 Poplar Springs Dr, Meridian, MS 39305-2678 |
| 5391406 | + | Email/Text: bankruptcy@towerloan.com | Jun 30 2025 19:45:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5463434 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 30 2025 19:45:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5366667 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 30 2025 19:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5366669 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 30 2025 19:45:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corp Blv, Tampa, FL 33614-2415 |
| 5390630 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:45:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5391252 | | Email/Text: sheri@masinc.org | Jun 30 2025 19:45:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5382266 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2025 19:45:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5366672 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 30 2025 19:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5392707 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 30 2025 19:45:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5366673 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2025 19:45:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5366674 | + | Email/Text: bankruptcy@moneylion.com | Jun 30 2025 19:45:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5366675 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 30 2025 19:45:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5390667 | | EDI: PRA.COM | Jun 30 2025 23:40:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5429536 | | EDI: Q3G.COM | Jun 30 2025 23:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389107 | | EDI: Q3G.COM | Jun 30 2025 23:40:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5389108 | | EDI: Q3G.COM | Jun 30 2025 23:40:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5366678 | | Email/Text: bankruptcy@republicfinance.com | Jun 30 2025 19:45:00 | Republic Finance, Attn: Bankrupcty, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5370632 | | Email/Text: bankruptcy@republicfinance.com | Jun 30 2025 19:45:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5366677 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: ntcds13v | Total Noticed: 58 |

| Recip ID | | Notice Type/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 30 2025 19:56:07 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 5392031 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 30 2025 19:56:07 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5366679 | | Email/Text: bankruptcy_department@clacorp.com | Jun 30 2025 19:45:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5366681 | + | EDI: SYNC | Jun 30 2025 23:40:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5366656 | | Email/Text: ashley@tolovanafinancial.com | Jun 30 2025 19:45:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5366683 | | Email/Text: bankruptcy@towerloan.com | Jun 30 2025 19:45:00 | Tower Loan, P.O. Box 320001, Flowood, MS 39232 |
| 5373452 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 30 2025 19:45:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5366684 | ^ | MEBN | Jun 30 2025 19:41:16 | UAB Hospital, P.O. Box 2252, Birmingham, AL 35246-0098 |
| 5366671 | + | Email/Text: ebone.woods@usdoj.gov | Jun 30 2025 19:45:00 | US Attorney, For Internal Revenue Servi, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5366685 | ^ | MEBN | Jun 30 2025 19:41:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5385198 | + | Email/Text: cfry@uabmc.edu | Jun 30 2025 19:45:00 | Univ. of Al Health Service Foundation, UAHSF-MSO, PO Box 55309, Birmingham, AL 35255-5309 |
| 5366655 | | Email/Text: bali@badcock.com | Jun 30 2025 19:45:00 | Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |
| 5368536 | + | Email/Text: bali@badcock.com | Jun 30 2025 19:45:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |
| 5366686 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 30 2025 19:56:07 | Wells Fargo, P.O. Box 51162, Los Angeles, CA 90051-5462 |
| 5389263 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 30 2025 19:56:10 | Wells Fargo Bank, N.A. Attention: Bankruptcy, Department MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | Alabama Child Support, P.O. Box 244015, Montgomery, AL 36124-4015 |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Univ. of Al Health Service Foundation UAHSF-MSO, PO Box 55309, Birmingham, AL 35255-5309 |
| 5429537 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Jun 30, 2025 | Form ID: ntcds13v | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor WELLS FARGO BANK  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Felicia Dikeya Jones Naylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Joey Jay Naylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−01004−KMS
Chapter: 13

In re:

| | |
|---|---|
| Felicia Dikeya Jones Naylor<br>aka Felicia Jones Naylor<br>815 64th Ave<br>Meridian, MS 39307 | Joey Jay Naylor<br>815 64th Ave<br>Meridian, MS 39307 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−6962                                             xxx−xx−5272

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on June 26, 2025, Felicia Dikeya Jones Naylor (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 68). On June 30, 2025, the court entered an *ex parte* order (Dkt. # 71) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

| | |
|---|---|
| Dated: 6/30/25 | Danny L. Miller, Clerk of Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 |