

# INVOICE

Invoice # 8100  
Date: 07/15/2025  
Due On: 08/14/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767  
Jackson, MS 39236  
United States

Felicia Dikeya Jones Naylor and Joey Jay Naylor

## 05339-Naylor Felicia Dikeya Jones Naylor and Joey Jay

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 10/01/2024 | Reviewed Order Granting 1st Application for Compensation; drafted Invoice, Notice, 2nd Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/01/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/01/2024 | Reviewed memo from TR regarding Application, Invoice, and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/02/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/02/2024 | Review: 24-01004-KMS Order Upon Employer Directing Deductions from Pay Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/01/2024 | POC - AL Child Support - draft poc based on schedules filed with court. Send task to JC to get signed & file | 0.30 | $360.00 | $108.00 |
| Service | JAC | 11/01/2024 | POC - CA Child Support - draft poc based on schedules filed with court. | 0.30 | $360.00 | $108.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Send task to JC to get signed & file | | | |
| Service | JC | 11/01/2024 | Reviewed POC; drafted e-mail memo to JAC inquiring if only husband needs to sign and if the bottom of the POC needs to be completed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/04/2024 | Drafted e-mail via Clio e-sign to obtain debtor's signature on POC - Alabama child support. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/04/2024 | Reviewed memo from JAC regarding debtor signing POC; drafted e-mail via Clio e-sign to obtain debtor's signature on POC - California child support. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/05/2024 | Drafted follow-up text message to debtors regardins obtaining husband's signature on Proofs of Claim. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/05/2024 | Review: 24-01004-KMS Order on Application for Compensation Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/07/2024 | Reviewed Alabama Child Support POC executed by debtor; revised same adding debtors e-signature; drafted Motion to Allow Late Filed Claim and proposed Oder; drafted memo to JAC attaching all for her review. | 0.40 | $155.00 | $62.00 |
| Service | JC | 11/07/2024 | Reviewed Solano County DA POC executed by debtor; revised same adding debtors e-signature; drafted Motion to Allow Late Filed Claim and proposed Oder; drafted memo to JAC attaching all for her review. | 0.40 | $155.00 | $62.00 |
| Service | JC | 11/08/2024 | Reviewed memo from JAC regarding Motion to Allow Late Filed Claim; prepared Alabama CS POC for filing with the Court; reviewed confirmed Plan to revise Motion to Allow Late Filed Claim; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JC | 11/08/2024 | Reviewed memo from JAC regarding Motion to Allow Late Filed Claim; prepared Solano County DA POC for filing with the Court; reviewed confirmed Plan to revise Motion to Allow Late Filed Claim; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 11/11/2024 | review & revise drafted motions to | 0.20 | $360.00 | $72.00 |

|         |     |            |                                                                                                                                                 |      |          |         |
|---------|-----|------------|-------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | allow late filed claims                                                                                                                         |      |          |         |
| Service | JC  | 11/13/2024 | Reviewed memo from JAC regarding Motion to Allow Late Filed Claim - Solano DA; reviewed docket, Motion not filed by trustee; revised Motion; prepared for upload to COS.com. | 0.20 | $155.00  | $31.00  |
| Service | JC  | 11/13/2024 | Reviewed memo from JAC regarding Motion to Allow Late Filed Claim - Alabama CS; reviewed docket, Motion not filed by trustee; revised Motion; prepared for upload to COS.com. | 0.20 | $155.00  | $31.00  |
| Service | JC  | 11/13/2024 | Reviewed Declaration of Mailing Notice, Motion to Allow Late Filed Claim - Solano DA, and proposed Order; prepared all for filing with the Court. | 0.10 | $155.00  | $15.50  |
| Service | JC  | 11/13/2024 | Reviewed Declaration of Mailing Notice, Motion to Allow Late Filed Claim - Alabama CS, and proposed Order; prepared all for filing with the Court. | 0.10 | $155.00  | $15.50  |
| Service | TR  | 11/18/2024 | Review: 24-01004-KMS Docket Entry #53 has been updated Document# 53                                                                             | 0.10 | $360.00  | $36.00  |
| Service | TR  | 11/18/2024 | Review: 24-01004-KMS Docket Entry #54 has been updated Document# 54                                                                             | 0.10 | $360.00  | $36.00  |
| Service | JAC | 12/17/2024 | Review: Proof of Claim 24-01004-KMS Univ. of Al Health Service Foundation Document # 23                                                         | 0.20 | $360.00  | $72.00  |
| Service | TR  | 12/17/2024 | Review: 24-01004-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 55                                          | 0.10 | $360.00  | $36.00  |
| Service | JAC | 12/18/2024 | Draft Obj to POC 23                                                                                                                             | 0.20 | $360.00  | $72.00  |
| Service | JC  | 12/23/2024 | Reviewed Declaration of Mailing Notice and Objection to Claim and prepared for filing with the Court along with proposed Order.                 | 0.10 | $155.00  | $15.50  |
| Service | JAC | 01/16/2025 | Review: 24-01004-KMS Transfer of Claim (with Waiver of Notice) Document# 60                                                                     | 0.10 | $360.00  | $36.00  |
| Service | JAC | 01/29/2025 | Review: 24-01004-KMS Order Regarding Objection to Claim Document# 62                                                                            | 0.10 | $360.00  | $36.00  |
| Service | BB  | 02/11/2025 | Review email from debtor: Reviewed                                                                                                              | 0.10 | $100.00  | $10.00  |

Invoice # 8100 - 07/15/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor inquiring after a letter received. Forwarded email to KAR. | | | |
| Service | JC | 02/11/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor attaching letter from IRS requesting she file 2021 tax return; reviewed POC - only shows 2020 tax liability; reviewed 2022 and 2023 tax returns - debtor received refunds; drafted reply e-mail to debtor informing she needs to contact the IRS because the letter indicates the did not receive a 2021 tax return and that the POC shows only 2020 tax debt. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 02/13/2025 | Review email from debtor: Reviewed email from debtor stating that she received a notice from the IRS requesting that she file her 2021 taxes - debtor stated that she filed all past returns before her case was filed; drafted email to debtor informing her that the letter request taxes for 21 and I only have her 22 and 23 taxes on file - instructed debtor to email a copy of her return if she filed for 2021 and that I would contact the IRS regarding the matter | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/19/2025 | Review email from debtor: Reviewed email from debtor providing tax return from 2021 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/19/2025 | Review and organize documents provided by debtor: Reviewed and organized additional tax documents provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/25/2025 | Drafted email memo to JC regarding debtor's tax issue as they have corresponded about the matter as well - need to confirm if this is still an issue that still needs to be resolved | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/26/2025 | Reviewed documents from debtor showing she filed her 2021 tax return received via e-mail from KAR; reviewed case notes; called wife and explained that she needs to contact the IRS, that they sent her the notice informing they had not filed, and it does not have anything to do with bankruptcy. | 0.20 | $155.00 | $31.00 |
| Service | CO | 03/10/2025 | Contact Debtor (Text/Email): | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed email from trustee's office with a returned disbursement check. Drafted email to debtor with a copy of the returned check and drafted text to debtor requesting he review the email and provide an updated mailing address. | | | |
| Service | CO | 03/13/2025 | Call Debtor: Phone conference with debtor requesting an updated address for a child support disbursement that was returned to their trustee. Debtor stated they would work on it and call back tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/20/2025 | Review: 24-01004-KMS Notice of Mortgage Payment Change Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/30/2025 | Incoming Call: Telephone conference with debtor about the joint debtor passing away and wanting to speak with the attorney about her options; created appointment with the attorney; created task for JC to file a Suggestion of Death; | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/04/2025 | Incoming Call: Telephone conference with debtor about the phone conference scheduled with the attorney | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/05/2025 | Reviewed case notes from TR's phone conference with debtor; she is going to decide whether to stay in the case or dismiss and will call back to let us know. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/10/2025 | Incoming Call: Telephone call from wife informing she wants to ask for dismissal, will offer death certificate for his debts, and work out debts with her creditors; she inquired if the mortgage company would file foreclosure immediately; she said that she would have the settlement within a few weeks to be able to catch up the mortgage; told her that we might could wait for a little bit before we filed the dismissal but I would need to check with TR; informed her that I would call her if he thinks if needs to be filed now; drafted memo to TR. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/11/2025 | Review: 24-01004-KMS Withdrawal of Claim Document# 65 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/11/2025 | Review: 24-01004-KMS Withdrawal of Claim Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/12/2025 | Online search for husband's obituary; drafted Suggestion of Death; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | TR | 06/12/2025 | Review Suggestion of Death | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/13/2025 | Reviewed memo from TR regarding Suggestion of Death; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/19/2025 | Call Debtor: Called debtor inquire when she thinks she will receive her settlement; she said she expects it in the mail any day now; requested she send a text message regarding filing voluntary dismissal; drafted text for her to respond. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/19/2025 | Reviewed memo from debtor requesting a Motion to Dismiss be filed; drafted Motion to Dismiss; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/26/2025 | Contact Debtor (Text/Email): Reviewed memo from TR regarding Motion to Dismiss and proposed Order; revised same; created separate pdf documents for Motion and proposed Order; prepared same for filing with the Court; drafted text message to debtor informing Motion was filed and she will receive a copy of the Order of Discharge in the mail. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/27/2025 | Review: 24-01004-KMS Release of Wages Document# 69 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/01/2025 | Review: 24-01004-KMS Order on Motion To Dismiss Debtor Document# 71 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/15/2025 | Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |

Invoice # 8100 - 07/15/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 07/15/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,868.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/01/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $90.63 | $90.63 |
| Expense | 11/13/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 11/13/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 12/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/15/2025 | Mailing Expense - Fee Application: Mailing Expense - Final Fee Application Estimate | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$106.70** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.0 | $360.00 | $720.00 |
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 5.1 | $155.00 | $790.50 |
| Jacki Curry | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kirsten Raimey | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
| | | | **Subtotal** | **$1,975.20** |
| | | | **Total** | **$1,975.20** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 8100 - 07/15/2025

| | | | | |
|---|---|---|---|---|
| 6463 | 06/27/2024 | $2,357.34 | $0.00 | $2,357.34 |
| 7006 | 10/31/2024 | $2,836.81 | $0.00 | $2,836.81 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8100 | 08/14/2025 | $1,975.20 | $0.00 | $1,975.20 |
| | | | **Outstanding Balance** | **$7,169.35** |
| | | | **Total Amount Outstanding** | **$7,169.35** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [7]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  [1]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 3.5 |
| Date and Time: | Tue Jul 15 2025 13:16:15 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 7 |
| Sheets Per Envelope | 3.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                              1.33 |
| Postage Cost: | $                                                              0.73 |
| Total Cost: | $                                     3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED