**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| IN RE: | Felicia Dikeya Jones Naylor | Case No. 24-01004-JAW |
|---|---|---|
| | Joey Jay Naylor, Debtors | CHAPTER 13 |

**FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,308.50 | $48.84 | $2,357.34 | 25 | 06/26/24 |
| $2,688.50 | $148.31 | $2,836.81 | 51 | 11/05/24 |
| $1,868.50 | $106.70 | $1,975.20 | n/a | n/a |
| $6,865.50 | $303.85 | $7,169.35 | | |



# INVOICE

Invoice # 6463
Date: 05/28/2024
Due On: 06/27/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Felicia Dikeya Jones Naylor and Joey Jay Naylor
815 64th Ave
Meridian, MS 39307

### 05339-Naylor Felicia Dikeya Jones Naylor and Joey Jay

### CH 13 hourly - Felicia and Joey

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 03/25/2024 | Call Debtor: Called debtor, no voicemail, and drafted text message requesting a call with Social Security numbers and full names to obtain credit report. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 03/25/2024 | Incoming Call: Debtor called to give us H and W's full names and socials | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/27/2024 | Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for his/her review and reference. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 03/28/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file for what documents were needed; drafted email to debtor requesting driver's license, social security card, GIP, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/28/2024 | Contact Debtor (Text/Email): Reviewed debtor's credit report for student loans - debtor has SL's; drafted email to debtor with instructions on how to download NSLDS for potential discharge | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/28/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether or not I received the documents that she emailed me | 0.10 | $100.00 | $10.00 |

Page 1 of 8

| Service | KAR | 03/28/2024 | Contact Debtor (Text/Email): Drafted email to debtor letting her know that I did receive her email containing the documents I requested | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 03/28/2024 | Reviewed and organized debtors NSLDS file | 0.10 | $100.00 | $10.00 |
| Service | KAR | 03/28/2024 | Review and organize documents provided by debtor: Reviewed and organized partial GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review email from debtor: Reviewed email from debtor asking if I received her GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor letting her know that I only received part of her GIP and asked that she send me the rest as well as her driver's license, social security card, bank, pay, and tax | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license and social security card | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized pay, bank statments and tax returns | 0.30 | $100.00 | $30.00 |
| Service | KAR | 04/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting missing Regions March statement and January Chime statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Reviewed email from debtor stating that the chime bank account was not opened until February | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized GIP | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor letting her know I received her GIP and to please send savings account statements for January through March and Cashapp | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/01/2024 | Review and organize documents provided | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | by debtor: Reviewed and organized additional bank statements provided by debtor via email. | | | |
| Service | KAR | 04/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting that she complete the ccc | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/02/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/03/2024 | Review email from debtor: Reviewed email from debtor asking if I received her certification for the ccc; drafted email to debtor letting her know that I got it | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/04/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file for what information was still needed; drafted email to debtor requesting missing GIP information | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/05/2024 | Review and organize documents provided by debtor: Reviewed and organized missing general information packet | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/12/2024 | Contact Debtor (Text/Email): Drafted email to debtor for an update on where she was with the rest of her GIP information and documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/12/2024 | Review email from debtor: Reviewed email from debtor stating that she is still waiting on her DSO and will be sending her BQ by the end of the day | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/16/2024 | Review and organize documents provided by debtor: Reviewed and organized the DSO and BQ | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/17/2024 | Final review of all documents to prepare for case input | 0.30 | $100.00 | $30.00 |
| Service | JAC | 04/18/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/19/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.40 | $360.00 | $144.00 |
| Service | JAC | 04/19/2024 | Prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |

| Service | KAR | 04/19/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the contact information for 2 people that she wants to assign as emergency contacts | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 04/19/2024 | Review email from debtor: Reviewed email from debtor asking for an updates on her case; drafted an email back to debtor letting her know that the attorney is currently working on preparing the case, and that it should not be too much longer before her case is ready. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/22/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching creditor matrix for her review. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/22/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | JAC | 04/22/2024 | draft email to ∆ with plan pmt & what it covers | 0.20 | $360.00 | $72.00 |
| Service | JC | 04/23/2024 | Reviewed e-mail from debtor informing she is ready to proceed with filing her chapter 13 bankruptcy. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/23/2024 | Reviewed e-mail from debtor submitting amounts due to IRS; drafted e-mail to JAC providing same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/23/2024 | review email from JC | 0.10 | $360.00 | $36.00 |
| Service | KAR | 04/23/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting 2 emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/24/2024 | review clio memo re: ∆s ready to move forward & file | 0.10 | $360.00 | $36.00 |
| Service | BM | 04/24/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/25/2024 | review clio memo re: ∆ signing appt scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/25/2024 | Prepare SIgning Docs | 0.20 | $360.00 | $72.00 |
| Service | KAR | 04/25/2024 | Reviewed text from debtor containing 2 emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/26/2024 | Incoming Call: Telephone conference with debtor regarding when she would receive her schedule phone call from TR; told her that TR was running a little behind on his calls today, but that he would call soon | 0.10 | $100.00 | $10.00 |

Invoice # 6463 - 05/28/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/26/2024 | Prepare & send final bk to ∆s to review and sign | 0.20 | $360.00 | $72.00 |
| Service | KAR | 04/26/2024 | Incoming Call: Telephone conference with debtor stating that on the paperwork that was emailed to her to sign, Mariner and Republic were listed as secured. Debtor stated that those were just loans and they were not secured and wanted to let the attorney know before she signed the paperwork; told debtor that I would send them a memo regarding the issue | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/29/2024 | Review & respond to email from KAR re: ∆ question about sign docs | 0.10 | $360.00 | $36.00 |
| Service | KAR | 04/29/2024 | Call Debtor: Telephone conference with debtor letting her know that Jen said she could go ahead and sign the documents that were sent over on Friday, stating that the debtor's Mariner and Republic loans were secured, and that if anything needed to be changed her creditors could file a claim with the courts. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/29/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JC | 04/29/2024 | Reviewed husband's e-mail address and phone number submitted by debtors; reviewed contact information in case file and updated same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2024 | Contact Debtor (Text/Email): Drafted text message to debtor providing case number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/30/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/30/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/01/2024 | Review: 24-01004-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/01/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JC | 05/01/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and | 0.10 | $155.00 | $15.50 |

Invoice # 6463 - 05/28/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | converted to format in preparation for upload to CertificateofService.com. | | | |
| Expense | BB | 05/01/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $48.84 | $48.84 |
| Service | JC | 05/02/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/03/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring what trustee's name is; reviewed MOC notice; drafted reply informing it is David Rawlings. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/06/2024 | Review: Proof of Claim 24-01004-KMS W.S.Badcock Corporation Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/06/2024 | Review: 24-01004-KMS Order Upon Employer Directing Deductions from Pay Document #10 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/06/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/10/2024 | Review: Proof of Claim 24-01004-KMS Republic Finance, LLC Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/15/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/17/2024 | Review: Proof of Claim 24-01004-KMS 1st Franklin Financial Corporation Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/17/2024 | review & respond to email from TT office re: 1st Franklin claim | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/17/2024 | Review: Proof of Claim 24-01004-KMS U.S. Department of Education c/o Nelnet Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/21/2024 | Amend Plan - updated treatment to 1st franklin based on claim filed | 0.20 | $360.00 | $72.00 |
| Service | BM | 05/22/2024 | Incoming Call: Debtor returned my call, scheduled debtors for a practice zoom to prepare for upcoming meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/23/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed | 0.50 | $155.00 | $77.50 |

Invoice # 6463 - 05/28/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and organized documents required by trustee for meeting of creditors including bank statements for 7 accounts, tax returns, pay advice including employment, business, and SSI, and copy of driver's license and Social Security cards; reduced to include only the specific dates required by trustee; drafted text message to debtors requesting additional bank statements and pay advices. | | | |
| Service | BB | 05/23/2024 | Contact Debtor (Text/Email): Drafted text to debtor reminding them of their first plan payment due date. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/28/2024 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor requested additional pay advices and bank statement as required by trustee for meeting of creditors. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/28/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.7 | $360.00 | $1,332.00 |
| Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Jacki Curry | Non-Attorney | 1.9 | $155.00 | $294.50 |
| Breanne McDaniel | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kirsten Raimey | Non-Attorney | 3.5 | $100.00 | $350.00 |
| | | | Total | $2,357.34 |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6463 | 06/27/2024 | $2,357.34 | $0.00 | $2,357.34 |
| | | | Outstanding Balance | $2,357.34 |
| | | | Total Amount Outstanding | $2,357.34 |

Page 7 of 8

Invoice # 6463 - 05/28/2024

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# The Rollins Law Firm, PLLC

INVOICE

Invoice # 7006
Date: 10/01/2024
Due On: 10/31/2024

P.O. Box 13767
Jackson, MS 39236
United States

Felicia Dikeya Jones Naylor and Joey Jay Naylor

## 05339-Naylor Felicia Dikeya Jones Naylor and Joey Jay

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 05/28/2024 | Drafted and reviewed invoice for expense and attorney fees; drafted 1st Application for Compensation; drafted email memo to TR re: review First Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | JC | 05/28/2024 | Call Debtor: Telephone conference with debtor regarding her mortgage; she said she was concerned about her mortgage being in the bankruptcy because it is in her in-laws' name, but everything is fine now; reviewed trustee's site and plan; drafted memo to TR with plan attached and inquiring if the mortgage can be included. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/28/2024 | Review and approve fee application drafted by KR | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/28/2024 | Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation. the invoice and the 21 day Notice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/29/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/29/2024 | Contact Debtor (Text/Email): Reviewed text message debtor sent yesterday informing | 0.10 | $155.00 | $15.50 |

|   |   |   | she will send her bank statements and pay stubs within the hour; drafted reply that I did not receive and to please send them today. |   |   |   |
|---|---|---|---|---|---|---|
| Service | JC | 05/30/2024 | Reviewed additional bank statements and notes from debtor for 8 bank accounts; pay stubs and P&L; merged with existing documents; drafted text message to debtor requesting April Chime statement. | 0.30 | $155.00 | $46.50 |
| Service | TR | 05/30/2024 | Review and respond to email memo from JC re: client concern about being able to include mortgage w/ WF since loan in deceased parents name | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/30/2024 | Reviewed additional bank statements submitted by debtor via e-mail; merged with existing documents; submitted bank, pay, tax, photo ID and SS card to trustee for meeting of creditors via online portal; organized in case file; drafted e-mail to debtor to discontinue submitting bank statements and pay. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/30/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/30/2024 | Reviewed memo from TR informing debtor's mortgage being in in-law's name is okay since they are deceased. | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/31/2024 | Review: 24-01004-KMS Notice of Appearance Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/05/2024 | Call Debtor: Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered questions debtor had. | 0.30 | $100.00 | $30.00 |
| Service | BM | 06/06/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/10/2024 | Review email from debtor: Reviewed email from debtor stating that she would not be able to attend he MOC today due to her husband needing medical treatment today; drafted email to debtor letting her know that we would get her meeting rescheduled for a later date | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/10/2024 | Attend Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | BB | 06/10/2024 | Contact Debtor (Text/Email): Drafted email | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor inquiring if their wages have started garnishing for their payments. | | | |
| Service | JAC | 06/11/2024 | review filed claims, update amounts in best case. Recalculate plan payment. Prepare final modified plan for ∆s to review & sign | 0.20 | $360.00 | $72.00 |
| Service | BB | 06/11/2024 | Contact Debtor (Text/Email): Reviewed email from debtor stating her wage order has taken effect. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/11/2024 | Reviewed Order Rescheduling 341 and prepared for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/11/2024 | Review: 24-01004-KMS Statement Adjourning Meeting of Creditors. Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/11/2024 | Review: 24-01004-KMS Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document #18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/11/2024 | Review: Proof of Claim 24-01004-KMS Internal Revenue Servi Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/11/2024 | Review: Proof of Claim 24-01004-KMS MERRICK BANK Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/12/2024 | Review file - call w/ client to discuss that IRS claims are not priority and will not be paid in plan but still may be non-dischargeable | 0.30 | $360.00 | $108.00 |
| Service | JC | 06/12/2024 | Reviewed Declaration of Mailing Order Rescheduling 341; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/13/2024 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on Amended Plan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/13/2024 | Reviewed 1st Franklin's POC; reviewed MS SOS website to obtain the address for 1st Franklin's registered agent; drafted Notice of modified plan; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/14/2024 | review approve drafted notice of modified plan | 0.20 | $360.00 | $72.00 |
| Service | JC | 06/14/2024 | Reviewed memo from JAC regarding Notice of modified plan; revised Notice; reviewed Amended Plan executed by debtors; prepared Notice and Amended Plan for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |

| Service | JC | 06/14/2024 | Prepared Amended Plan for filing with the Court; prepared Notice of same for filing with the Court. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | BB | 06/14/2024 | Contact Debtor (Text/Email): Drafted text informing them of their date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor confirming her new meeting of creditors date and time. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/20/2024 | Review: 24-01004-KMS Amended Order Upon Employer Directing Deductions from Pay Document #23 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/20/2024 | Review: Proof of Claim 24-01004-KMS Univ. of Al Health Service Foundation Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/21/2024 | Review: Proof of Claim 24-01004-KMS EMERGENCY SERVICES OF MONTGOMERY, PC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: 24-01004-KMS Order on Application for Compensation Document #25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-01004-KMS Wells Fargo Bank, N.A. Document # 11 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-01004-KMS Quantum3 Group LLC as agent for Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-01004-KMS Quantum3 Group LLC as agent for Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01004-KMS Portfolio Recovery Associates, LLC Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01004-KMS LVNV Funding, LLC Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01004-KMS LVNV Funding, LLC Document # 14 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01004-KMS LVNV Funding, LLC Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/03/2024 | Review: Proof of Claim 24-01004-KMS MERCHANTS ADJUSTMENT SERVICE Document # 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-01004-KMS Ashley Funding Services, LLC Document # | 0.10 | $360.00 | $36.00 |

|  |  |  | 17 |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-01004-KMS First Tower Loan, LLC Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/08/2024 | Review: Proof of Claim 24-01004-KMS Regional Acceptance Corporation Document # 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/09/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-01004-KMS Mariner Finance, LLC Document # 20 | 0.20 | $360.00 | $72.00 |
| Service | BB | 07/11/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the Trustee is receiving payment. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/17/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor remidning them of the date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/17/2024 | Attend 341 | 0.50 | $360.00 | $180.00 |
| Service | JAC | 07/24/2024 | Review: Proof of Claim 24-01004-KMS Portfolio Recovery Associates, LLC Document # Amended 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/25/2024 | Review: 24-01004-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/01/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/02/2024 | Review: 24-01004-KMS Minute Entry (CHAP) Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/07/2024 | Review: 24-01004-KMS Order Confirming Chapter 13 Plan Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/12/2024 | Review email from debtor: Reviewed email from debtor stating she is out of work and cannot make her payments. Forwarded email to jc. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/13/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring about suspended a payment; drafted reply informing her of the suspension process. | 0.10 | $155.00 | $15.50 |

Invoice # 7006 - 10/01/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 08/14/2024 | Reviewed e-mail from debtor requesting suspension for September; reviewed plan; drafted Motion to Suspend; drafted memo to TR attaching both for his review. | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/16/2024 | Review and approve M Suspend drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/19/2024 | Reviewed memo from TR with attached 21-day Notice, Motion to Suspend, and proposed Order; revised same; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/20/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Motion to Suspend, and proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/27/2024 | Review: 24-01004-KMS Notice of Mortgage Payment Change Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review: 24-01004-KMS Release of Wages Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/28/2024 | Review and respond to TT email re DOS claim | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/16/2024 | Review: 24-01004-KMS Order on Motion To Suspend Plan Payments Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/30/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| | | | | **Services Subtotal** | | **$2,688.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/29/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $64.74 | $64.74 |
| Expense | 06/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $33.21 | $33.21 |
| Expense | 06/14/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.78 | $4.78 |
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $45.58 | $45.58 |
| | | | **Expenses Subtotal** | | **$148.31** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.2 | $360.00 | $432.00 |
| Thomas Rollins | | Attorney | 4.6 | $360.00 | $1,656.00 |

| | | | | |
|---|---|---|---|---|
| Brooke Brueland | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Jacki Curry | Non-Attorney | 2.5 | $155.00 | $387.50 |
| Breanne McDaniel | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.6 | $155.00 | $93.00 |
| | | | Subtotal | $2,836.81 |
| | | | Total | $2,836.81 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6463 | 06/27/2024 | $2,357.34 | $0.00 | $2,357.34 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7006 | 10/31/2024 | $2,836.81 | $0.00 | $2,836.81 |
| | | | Outstanding Balance | $5,194.15 |
| | | | Total Amount Outstanding | $5,194.15 |

Invoice # 7006 - 10/01/2024

# The Rollins Law Firm, PLLC  # INVOICE

P.O. Box 13767  
Jackson, MS 39236  
United States

Invoice # 7006  
Date: 10/01/2024  
Due On: 10/31/2024



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.