**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Felicia Dikeya Jones Naylor | Case No. 24-01004-JAW |
| Joey Jay Naylor, Debtors | CHAPTER 13 |

<u>**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF**</u>
<u>**COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**</u>
<u>**FOR THOMAS C. ROLLINS, JR.**</u>

THIS CAUSE having come on for consideration of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #_____] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a final award of attorney's fees is granted in the total amount of $2,202.41.

##END OF ORDER##

SUBMITTED BY:
<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533