UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| In re:<br>  FELICIA DIKEYA JONES NAYLOR<br>  JOEY JAY NAYLOR<br>         Debtor(s) | Case No. 24-01004 KMS |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2024.

2) The plan was confirmed on 08/05/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/26/2025.

5) The case was dismissed on 06/30/2025.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $31,780.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $16,540.17 |
| Less amount refunded to debtor | $1,138.08 |

**NET RECEIPTS:** $15,402.09

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,271.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $968.93 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,240.37

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1st Franklin Financial | Unsecured | 2,482.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM INC | Unsecured | 493.15 | NA | NA | 0.00 | 0.00 |
| ALABAMA CHILD SUPPORT | Priority | 3,803.95 | 3,803.95 | 3,803.95 | 574.16 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 56.59 | 56.59 | 0.00 | 0.00 |
| BIRCH LENDING | Unsecured | 822.11 | NA | NA | 0.00 | 0.00 |
| BRINKS HOME SECURITY | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BANK N A | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| COASTAL COMMUNITY BANK | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE CO | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,788.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| EARNIN | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| EASTERN ACCOUNT SYSTEM, INC | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY SERVICES OF MONTGC | Unsecured | NA | 31.10 | 31.10 | 0.00 | 0.00 |
| EMPOWER | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 1,154.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | NA | 2,835.84 | 2,835.84 | 0.00 | 0.00 |
| Fortiva | Unsecured | 1,151.00 | NA | NA | 0.00 | 0.00 |
| FRESENIUS KIDNEY CARE | Unsecured | 12,299.01 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 7,019.54 | 7,019.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,136.96 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,227.92 | 1,227.92 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,408.74 | 1,408.74 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,799.27 | 1,799.27 | 0.00 | 0.00 |
| MARINER FINANCE | Unsecured | NA | 5,150.86 | 5,150.86 | 0.00 | 0.00 |
| MARINER FINANCE | Secured | 4,937.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT ADJUSTMENT SVC | Unsecured | NA | 156.79 | 156.79 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 2,180.00 | 2,195.18 | 2,195.18 | 0.00 | 0.00 |
| Moneylion | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OPEN SKY | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II, LL | Unsecured | 2,482.00 | 2,482.71 | 2,482.71 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 12,202.47 | 1,202.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | NA | 975.27 | 975.27 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | NA | 2,884.99 | 2,884.99 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Unsecured | 5,845.00 | 5,845.73 | 5,845.73 | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Unsecured | 1,187.00 | 1,500.14 | 1,500.14 | 0.00 | 0.00 |
| Simple Fast Loans | Unsecured | 1,161.27 | NA | NA | 0.00 | 0.00 |
| SOLANO COUNTY DEPT OF CHILD SU | Priority | 5,264.00 | 5,264.00 | 5,264.00 | 794.56 | 0.00 |
| Syn Bank/Sams Club | Unsecured | 1,159.00 | NA | NA | 0.00 | 0.00 |
| THREE STICKS LENDING | Unsecured | 919.11 | NA | NA | 0.00 | 0.00 |
| Tower Loans of Ms | Unsecured | 2,726.00 | NA | NA | 0.00 | 0.00 |
| UAB HOSPITAL | Unsecured | 71.83 | NA | NA | 0.00 | 0.00 |
| UNIV. OF AL HEALTH SERVICE FOUN | Unsecured | NA | 107.56 | 107.56 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION C/( | Unsecured | 58,764.00 | 59,212.97 | 59,212.97 | 0.00 | 0.00 |
| W.S. BADCOCK CORPORATION | Secured | 3,499.00 | 3,498.60 | 500.00 | 84.43 | 63.44 |
| W.S. BADCOCK CORPORATION | Unsecured | NA | 0.00 | 2,998.60 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 0.00 | 4,068.29 | 770.11 | 0.00 |
| WELLS FARGO BANK NA | Secured | 20,750.22 | 22,246.78 | 0.00 | 9,875.02 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $4,068.29 | $10,645.13 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $500.00 | $84.43 | $63.44 |
| **TOTAL SECURED:** | **$4,568.29** | **$10,729.56** | **$63.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $9,067.95 | $1,368.72 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,067.95** | **$1,368.72** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$99,092.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,240.37 |
| Disbursements to Creditors | $12,161.72 |
| **TOTAL DISBURSEMENTS** : | **$15,402.09** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2025                              By: /s/ David Rawlings
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**