United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01004-KMS
Felicia Dikeya Jones Naylor  Chapter 13
Joey Jay Naylor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 4
Date Rcvd: Nov 13, 2025      Form ID: n018      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia Dikeya Jones Naylor, 815 64th Ave, Meridian, MS 39307-5718 |
| jdb | #+ | Joey Jay Naylor, 815 64th Ave, Meridian, MS 39307-5718 |
| cr | + | Solano County DA, 435 Executive Court N, Fairfield, CA 94534-4019 |
| 5366658 | + | Capital Bank N.A., 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5366664 | + | Empower, 10700 Nall Ave, Leawood, KS 66211-1206 |
| 5378308 | #+ | Eric C Miller, LOGS Legal Group, LLP, For Wells Fargo Bank, N.A., 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 5366668 | + | Fresenius Kidney Care, P.O. Box 919214, Dallas, TX 75391-9214 |
| 5366676 | + | Open Sky, P.O. Box 183258, Columbus, OH 43218-3258 |
| 5366680 | + | Solano County D A, 435 Executive Court N, Fairfield, CA 94534-4019 |
| 5440005 | + | Solano County DA, 435 Executive Court N, Fairfiled CA 94534-4019 |
| 5366655 | ++ | W S BADCOCK CORPORATION, POST OFFICE BOX 724, MULBERRY FL 33860-0724 address filed with court:, Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |
| 5368536 | + | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5366652 | + | Email/Text: bankruptcy@1ffc.com | Nov 13 2025 19:30:00 | 1st Franklin Financial, Attn: Bankruptcy, 4820 Poplar Springs Dr, Ste C, Meridian, MS 39305-2678 |
| 5373370 | + | Email/Text: bankruptcy@1ffc.com | Nov 13 2025 19:30:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5366682 | | Email/Text: admin@rosebudlending.com | Nov 13 2025 19:29:00 | Three Sticks Lending, P.O. Box 1145, Mission, SD 57555 |
| 5366653 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2025 19:31:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5366654 | + | Email/Text: dhrcscbu@dhr.alabama.gov | Nov 13 2025 19:29:00 | Alabama Child Support, P.O. Box 244015, Montgomery, AL 36124-4015 |
| 5391351 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 19:31:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5366657 | + | Email/Text: bankruptcy@brinkshome.com | Nov 13 2025 19:29:00 | Brinks Home Security, Attn: Bankruptcy, 1990 Wittington Pl, Dallas, TX 75234-1904 |
| 5366660 | | Email/Text: cfcbackoffice@contfinco.com | Nov 13 2025 19:29:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n018 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 5366659 | + Email/Text: ccbxcredit_bkprocessing@coastalbank.com<br>Nov 13 2025 19:30:00 | Coastal Community Bank, Attn: Bankruptcy, Po Box 12220, Everett, WA 98206-2220 |
| 5366661 | + Email/PDF: creditonebknotifications@resurgent.com<br>Nov 13 2025 19:31:13 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5366670 | EDI: IRS.COM<br>Nov 14 2025 00:26:00 | Department of Treasury- Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5366662 | Email/Text: cxs-doc-access@earnin.com<br>Nov 13 2025 19:29:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5385991 | + Email/Text: bankruptcyreports@wakeassoc.com<br>Nov 13 2025 19:30:00 | EMERGENCY SERVICES OF MONTGOMERY, PC, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 5366663 | ^ MEBN<br>Nov 13 2025 19:25:08 | Eastern Account Sys, Attn: Bankruptcy, 111 Park Ridge Rd, Brookfield, CT 06804-3981 |
| 5366665 | + EDI: BLUESTEM<br>Nov 14 2025 00:26:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5366666 | + Email/Text: bankruptcy@1ffc.com<br>Nov 13 2025 19:30:00 | First Franklin, 4820 Poplar Springs Dr, Meridian, MS 39305-2678 |
| 5391406 | + Email/Text: bankruptcy@towerloan.com<br>Nov 13 2025 19:29:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5463434 | + Email/Text: peritus@ebn.phinsolutions.com<br>Nov 13 2025 19:30:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5366667 | + Email/Text: Atlanticus@ebn.phinsolutions.com<br>Nov 13 2025 19:29:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5366669 | + Email/Text: HWIBankruptcy@hunterwarfield.com<br>Nov 13 2025 19:30:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corp Blv, Tampa, FL 33614-2415 |
| 5390630 | Email/PDF: resurgentbknotifications@resurgent.com<br>Nov 13 2025 19:31:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5391252 | Email/Text: sheri@masinc.org<br>Nov 13 2025 19:29:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5382266 | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Nov 13 2025 19:31:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5366672 | + Email/Text: bankruptcy@marinerfinance.com<br>Nov 13 2025 19:29:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5392707 | + Email/Text: bankruptcy@marinerfinance.com<br>Nov 13 2025 19:29:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5366673 | + Email/PDF: MerrickBKNotifications@Resurgent.com<br>Nov 13 2025 19:31:09 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5366674 | + Email/Text: bankruptcy@moneylion.com<br>Nov 13 2025 19:30:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5366675 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Nov 13 2025 19:30:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5390667 | EDI: PRA.COM<br>Nov 14 2025 00:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5429536 | EDI: Q3G.COM<br>Nov 14 2025 00:26:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389107 | EDI: Q3G.COM<br>Nov 14 2025 00:26:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5389108 | EDI: Q3G.COM<br>Nov 14 2025 00:26:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5366678 | Email/Text: bankruptcy@republicfinance.com | |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n018 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5370632 | | Email/Text: bankruptcy@republicfinance.com | Nov 13 2025 19:30:00 | Republic Finance, Attn: Bankrupcty, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| | | | Nov 13 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5366677 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 13 2025 19:43:08 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 5392031 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 13 2025 19:43:08 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5366679 | | Email/Text: bankruptcy_department@clacorp.com | Nov 13 2025 19:29:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5366681 | + | EDI: SYNC | Nov 14 2025 00:26:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5366656 | | Email/Text: ashley@tolovanafinancial.com | Nov 13 2025 19:30:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5366683 | | Email/Text: bankruptcy@towerloan.com | Nov 13 2025 19:29:00 | Tower Loan, P.O. Box 320001, Flowood, MS 39232 |
| 5373452 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2025 19:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5366684 | ^ | MEBN | Nov 13 2025 19:25:11 | UAB Hospital, P.O. Box 2252, Birmingham, AL 35246-0098 |
| 5366671 | + | Email/Text: ebone.woods@usdoj.gov | Nov 13 2025 19:30:00 | US Attorney, For Internal Revenue Servi, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5366685 | ^ | MEBN | Nov 13 2025 19:25:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5385198 | + | Email/Text: cfry@uabmc.edu | Nov 13 2025 19:29:00 | Univ. of Al Health Service Foundation, UAHSF-MSO, PO Box 55309, Birmingham, AL 35255-5309 |
| 5366686 | + | EDI: WFFC | Nov 14 2025 00:26:00 | Wells Fargo, P.O. Box 51162, Los Angeles, CA 90051-5462 |
| 5389263 | + | EDI: WFHOME | Nov 14 2025 00:26:00 | Wells Fargo Bank, N.A. Attention: Bankruptcy, Department MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | Alabama Child Support, P.O. Box 244015, Montgomery, AL 36124-4015 |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Univ. of Al Health Service Foundation UAHSF-MSO, PO Box 55309, Birmingham, AL 35255-5309 |
| 5429537 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Nov 13, 2025 | Form ID: n018 | Total Noticed: 59 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor WELLS FARGO BANK  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Felicia Dikeya Jones Naylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Joey Jay Naylor trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
### Southern District of Mississippi

**Case Number**  24−01004−KMS
**In re:**  **Chapter** 13

Felicia Dikeya Jones Naylor          Joey Jay Naylor
aka Felicia Jones Naylor              815 64th Ave
815 64th Ave                          Meridian, MS 39307
Meridian, MS 39307

**SSN:** xxx−xx−5272        **EIN:** NA

**SSN:** xxx−xx−6962        **EIN:** NA

## NOTICE OF DISMISSAL OF JOINT DEBTOR

Notice is hereby given that an order was entered on November 13, 2025 dismissing Joey Jay Naylor.

Dated:  November 13, 2025           Danny L. Miller, Clerk
                                    Thad Cochran U.S. Courthouse
                                    501 E. Court Street
(n018−dsmjo2)                       Suite 2.300
                                    Jackson, MS 39201